IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL TYSON LEE,        )
                                    )
      Plaintiff,           )
                                    )
      v.                )    CIVIL ACTION NO. 2:19-CV-692-ALB
                                    )
JUDGE MICHAEL JONES, JR., *et al.*,  )
                                    )
      Defendants.     )

## <u>ORDER</u>

On October 28, 2019, the Magistrate Judge filed a Recommendation (Doc. 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. Plaintiff's complaint against Defendant Jones is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) & (iii));

3. Plaintiff's complaint against City of Andalusia is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. This case is DISMISSED prior to service of process.

Final Judgment will be entered separately.

DONE this 6th day of December, 2019.

                                    /s/ Andrew L. Brasher
                                ANDREW L. BRASHER
                                UNITED STATES DISTRICT JUDGE